IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIANNA KOTCHMAR | : CIVIL ACTION |
| | : |
| v. | : NO. 15-4061 |
| | : |
| MOVIE TAVERN PARTNERS, LP et al | : |

### ORDER

**AND NOW**, this 25th day of January 2016, upon notice of a January 22, 2016 settlement in principle of this class and collective action before Judge Heffley, it is **ORDERED** the parties shall file a Joint Motion for Preliminary Approval of the Settlement on or before **February 12, 2016** and the Court shall hold a hearing on the filed Motion on **February 19, 2016 at 9:30 a.m. in Courtroom 9A**.

_____
KEARNEY, J.